```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

         -v.-                       :

MATTHEW VITIELLO,                        08 CRIM 651
  a/k/a "Matty Vitto,"              :

              Defendant.            :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## COUNT ONE

The Grand Jury charges:

1. On or about February 21, 2008, in the Southern District of New York and elsewhere, MATTHEW VITIELLO, a/k/a "Matty Vitto," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate and foreign commerce, including by computer, child pornography, to wit, while in the Bronx, New York, VITIELLO sent child pornography over the Internet to an individual in Australia.

(Title 18, United States Code, Section 2252A(a)(1) and (b)(1).)

## COUNT TWO

The Grand Jury further charges:

2. From at least in or about March 2008, up to and including in or about June 2008, in the Southern District of New York and elsewhere, MATTHEW VITIELLO, a/k/a "Matty Vitto," the defendant, unlawfully, willfully, and knowingly, did receive and distribute, and attempt to receive and distribute, child pornography, and material that contained child pornography, that

had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, VITIELLO downloaded images of child pornography from the internet onto his computer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

## COUNT THREE

The Grand Jury further charges:

3. From at least in or about March 2008, up to and including in or about June 2008, in the Southern District of New York and elsewhere, MATTHEW VITIELLO, a/k/a "Matty Vitto," the defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, VITIELLO possessed images of child pornography that he had

downloaded from the internet onto his computer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

/s/ Angel Luna
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MATTHEW VITIELLO,
a/k/a "Matty Vitto,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2252A(a)(1) & (b)(1),
18 U.S.C. § 2252A(a)(2) and (b)(1), and
18 U.S.C. § 2252A(a)(5)(B) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
                    Foreperson.